**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7996

BOBBY MAURICE NICHOLSON, JR.,

　　　　　Plaintiff - Appellant,

　　v.

HAROLD W. CLARKE, Director; JOHN GARMAN, Western Regional
Director; RANDY C. MATHENA; KISER, Asst. Warden; EDDIE L.
PETERSON, Warden/Old Warden; P. KELLY, Old Warden; J. BOONE,
Asst. Warden; LT.　HIGHTH, Intel/Investigator Supervisor;
JARRY OATE, III, Unit Manager; R. L. TUELL, Unit Manager;
NOTHING, Correctional Officer; F. ADAM, Sgt.; MS. BAKER,
Asst. Dentist,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.　Liam O'Grady, District
Judge. (1:13-cv-01397-LO-IDD)

Submitted: March 27, 2014　　　　　Decided: April 1, 2014

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby Maurice Nicholson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Maurice Nicholson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Nicholson's motion for appointment of counsel and affirm for the reasons stated by the district court. Nicholson v. Clarke, No. 1:13-cv-01397-LO-IDD (E.D. Va. Nov. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2